NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MAURO RAMIREZ, DOC #S04945,        )
                                   )
          Appellant,               )
                                   )
v.                                 )        Case No. 2D18-2039
                                   )
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
_____     )

Opinion filed April 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Brian A. Iten,
Judge.

Mauro Ramirez, pro se.


PER CURIAM.


          Affirmed.


KHOUZAM, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.